**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Tara Kadioglu,<br>Defendant. | 2:26-cr-00151-APG-MDC<br>**ORDER SETTING HEARING** |

IT IS ORDERED that the parties shall appear in-person at **10:00 a.m. on October 22, 2026 in Courtroom 3B** for a hearing on the parties' *Notice of Consent to Proceed Before a Magistrate Judge in a Misdemeanor Case* (ECF No. 16).

Dated: October 16, 2026.

Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge