# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br>Plaintiff(s),<br>vs.<br>Tara Kadioglu,<br>Defendant(s). | 2:26-cr-00151-APG-MDC<br>**ORDER CONTINUING HEARING** |

The Court has reviewed defendant Kadioglu's *Motion to Appear Telephonically*. *ECF No. 18*.

**IT IS ORDERED that:**

1. Defendant Kadioglu's *Motion to Appear Telephonically* (ECF No. 18) is **GRANTED IN PART**.
2. The Court **CONTINUES** the previously scheduled October 22, 2026 hearing (ECF No. 17).
3. The parties shall **ALL APPEAR VIRTUALLY** at **10:00 a.m. on October 29, 2026** for a **HEARING** on the parties' *Notice of Consent to Proceed Before a Magistrate Judge in a Misdemeanor Case* (ECF No. 16).
4. Counsel for the government and the defense must **EMAIL** Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address or email addresses to be used for virtual attendance by **noon, October 28, 2026**.

Dated: October 20, 2026.

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge