**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America,<br>Plaintiff(s),<br>vs.<br><br>Tara Kadioglu,<br>Defendant(s). | 2:26-cr-00151-APG-MDC<br><br>**ORDER REGARDING HEARING** |

The parties informed the Court via email that they have reached a pretrial diversion agreement.

**IT IS ORDERED that:**

1. The Court will address the pretrial diversion agreement at the previously scheduled virtual hearing. *ECF No. 19*.
2. The rest of the Court's previous Order (ECF No. 19) remains in full force.

Dated: October 26, 2026.

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge